# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| SUMAIR ALI INSURANCE GROUP LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:22-CV-00338-SDJ-CAN |
| v. | § § | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL., | § § § | |
| Defendants. | § § | |

## ORDER

Pending before the Court is Defendants Government Employees Insurance Company and GEICO Insurance Agency, LLC f/k/a Geico Insurance Agency, Inc.'s (together, "GEICO") Partial Motion to Dismiss [Dkt. 2]. Subsequent to the filing of the Motion to Dismiss, Plaintiff Sumair Ali Insurance Group LLC filed an amended complaint [Dkt. 14], which is now the live pleading in this matter. As such, GEICO's pending Partial Motion to Dismiss is moot. Accordingly,

It is therefore **ORDERED** that GEICO's Partial Motion to Dismiss [Dkt. 2] is **DENIED AS MOOT** without prejudice to refiling as to the live pleading.

**IT IS SO ORDERED**.
**SIGNED this 29th day of May, 2022.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE