IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SUMAIR ALI INSURANCE GROUP LLC, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:22-CV-00338-SDJ-CAN |
| v. | § § § | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL., | § § § § | |
| Defendants. | § | |

**ORDER**

The Court sets this matter for a telephonic status conference on ***Monday, September 12, 2022, at 2:00 p.m.*** The Court provides participants with the teleconference call-in information, as follows:

**ATT Toll-Free Conference Number: 877-336-1839**

**Access Code: 5754049, followed by #**

Participants are directed to call this number no later than 1:55 p.m.

**SIGNED this 2nd day of August, 2022.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE

ORDER – Page Solo